IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JAMES WINDING                                               PLAINTIFF

VS.                                                   CIVIL ACTION NO. 4:12cv23-FKB

DOMINIC DEAN                                           DEFENDANT

## MEMORANDUM & OPINION

James Winding is a state prisoner incarcerated at East Mississippi Correctional Facility (EMCF). In this § 1983 action, he alleges that he was assaulted by a prison officer, Dominic Dean, on January 30, 2012. A *Spears*[1] hearing has been held, and the parties have consented to jurisdiction by the undersigned.

In his testimony at the *Spears* hearing, Plaintiff admitted that he has failed to complete EMCF's Administrative Remedies Program (ARP) process with regard to this claim. He stated that although he has filed an ARP grievance, the grievance is still in "backlog" because of the number of pending grievances filed by him.

The Prison Litigation Reform Act (PLRA) requires an inmate to exhaust administrative remedies before bringing an action with respect to prison conditions, regardless of the relief offered through the administrative process. 42 U.S.C. § 1997(e). The PLRA's exhaustion requirement is mandatory and "applies to all inmate suits about prison life, whether they involve general circumstances or particular episodes." *Porter v. Nussle*, 534 U.S. 516, 532 (2002). Dismissal is appropriate where an inmate has failed to meet the exhaustion requirement. *Alexander v. Tippah Cnty., Miss.*, 351 F.3d 626, 630

---

[1] *See Spears v. McCotter*, 766 F.2d 179 (5th Cir. 1985).

(5th Cir. 2003).

For this reason, this action is dismissed without prejudice so that Plaintiff may be pursue his administrative remedies. A separate judgment will be entered.

SO ORDERED this the 5th day of June, 2012.

/s/ F. Keith Ball
_____
UNITED STATES MAGISTRATE JUDGE